UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**

JUDGE

10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7399

October 24, 2002

## AMENDED NOTICE

Anne E. Hendricks, Esq.
1402 Masons Mill Business Park
1800 Byberry Road
Huntingdon Valley, PA 19006

Shawn R. Farrell, Esq.
1515 Market Street, 11th Floor
Philadelphia, PA 19102

      Re: C.A. No. 02-3209, Bertulis v. John J. Dougherty & Sons, Inc., et al.

Dear Counsel:

      Judge Dalzell has set the referenced case for a Rule 16 conference at 4:00 p.m. on Wednesday, October 30, 2002, in his chambers.

      As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

      At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

      Very truly yours,

      Eileen Adler
      Courtroom Deputy

ec
Enc.