```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN BERTULIS                     :    CIVIL ACTION
                                  :
       v.                         :
                                  :
JOHN J. DOUGHERTY & SONS, INC.,   :
JOHN J. DOUGHERTY, THOMAS BROWN,  :
and PAUL BORUSIECIZ               :    NO. 02-3209
```

ORDER

        AND NOW, this 30th day of October, 2002, after a Rule 16 conference with counsel this day, it is hereby ORDERED that:

        1.  By November 20, 2002, plaintiff and the defendants respectively each may TAKE two depositions; and

        2.  On November 21, 2002, at 3:30 p.m., representatives of the parties with plenary authority to settle shall ATTEND a settlement conference in Chambers (Room 10613).

        BY THE COURT:


        _____
        Stewart Dalzell, J.